UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

ANA KATHERINE CLAUDIO AYALA    CIVIL ACTION NO. 26-224 SEC P

VERSUS                                           JUDGE EDWARDS

SCOTT LADWIG ET AL                MAG. JUDGE WHITEHURST

## ORDER

Upon consideration of Petitioner's Motion for Expedited Consideration (Doc. 12), and upon good cause shown,

**IT IS ORDERED** that the motion is **GRANTED**. Respondents shall file a response to Petitioner's Motion for Release Pending Adjudication of Petitioner's Habeas Corpus Petition (Doc. 11) within seven (7) days after the entry of this order. Respondents shall focus on *Calley v. Callaway*, 496 F.2d 701 (5th Cir. 1974); *Sanchez v. Winfrey*, No. CIV.A.SA04CA0293 RFNN, 2004 WL 1118178 (W.D. Tex. Apr. 28, 2004); and *Mapp v. Reno*, 241 F.3d 221 (2d Cir. 2001), and whether such "extraordinary circumstances" exist here. Respondents must further explain why Petitioner's release is impermissible or otherwise what exceptional circumstances exist that prohibit Petitioner's release on parole pursuant to ICE Directive 11032.4, *Identification and Monitoring of Pregnant, Postpartum, or Nursing Individuals*.

**IT IS FURTHER ORDERED** that Petitioner may file a reply within three (3) days of the Respondents' response.

**THUS DONE AND SIGNED** in Chambers this 2nd day of February, 2026.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**