## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **ANA KATHERINE CLAUDIO AYALA** | **CIVIL ACTION NO.  26-224 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **SCOTT LADWIG ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

Considering Petitioner's Order of Removal,

**IT IS ORDERED** that the parties must each submit supplemental briefs on whether Petitioner can be detained under 8 U.S.C. § 1231(a) by **February 27, 2026**. In their supplemental brief, Respondents must also include information obtained from New York and Louisiana authorities regarding compliance with ICE Directive 11034.2 as it applies to Petitioner.

**IT IS FURTHER ORDERED** that the parties may each file reply briefs by **March 2, 2026**.

**THUS DONE AND SIGNED** in Chambers this 24th day of February, 2026.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**