UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ANA KATHERINE CLAUDIO AYALA | CIVIL ACTION NO.  26-224 SEC P |
| VERSUS | JUDGE EDWARDS |
| SCOTT LADWIG ET AL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

**ORDER**

Considering the foregoing Motion for Release Pending Adjudication of Petitioner's Habeas Corpus Petition (R. Doc. 11),

**IT IS ORDERED** that the Court will hold a Status Conference via Zoom on Wednesday, March 18, 2026, at 2:00 pm.

**IT IS FURTHER ORDERED** that the parties shall be prepared to discuss *de Leon v. Ladwig*, No. 6:25-CV-01884, 2026 WL 19095 (W.D. La. Jan. 2, 2026), *M.O.G.R. v. Warden, Stewart Detention Ctr.*, No. 4:25-CV-356-CDL-AGH, 2025 WL 3460936 (M.D. Ga. Dec. 2, 2025), and *Banegas v. Bondi*, No. 26-CV-63-WMC, 2026 WL 473162 (W.D. Wis. Feb. 19, 2026).

**IT IS FURTHER ORDERED** that Respondents shall produce Petitioner's medical records to the Court *in camera* by Friday, March 13, 2026. *See* R. Doc. 23 at 7 n.2 & *See* R. Doc. 28 at 3 n.2.

**THUS DONE AND SIGNED** in Chambers this 9th day of March, 2026.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**